**No. 66054.**—W. J. Byrnes & Co. and Crown Zellerbach Corp. *v.* United States, protests 59/7716, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper toweling similar in all material respects to that the subject of *United States* v. *Border Brokerage Company* (48 C.C.P.A. 38, C.A.D. 760), the claim of the plaintiffs was sustained.

**No. 66055.**—American Customs Brokg. Company, for acct. of Manufacturers Imports, Inc. *v.* United States, protest 316809–K (Honolulu).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiff was sustained.

**No. 66056.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 60/27501 (New York).

Opinion by RAO, J. It appearing that the protest was prematurely filed under section 514, Tariff Act of 1930, the motion to dismiss was granted.

BEFORE THE THIRD DIVISION, SEPTEMBER 12, 1961

**No. 66057.**—B. Altman & Co. et al. *v.* United States, protests 60/8798, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vitrified decorated bowls similar in all material respects to those the subject of Abstract 50327, the claim of the plaintiffs was sustained.